IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-2130 |
| ) | (Conner, J.) |
| CBS CORPORATION, SPC RESIDUAL, LLC, ) | |
| and DONALD R. WISHARD, O/B/O THE ) | |
| ESTATE OF SARAH A. CULP ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, the Court having considered the unopposed motion of the United States for entry of the proposed Consent Decree; it is therefore

ORDERED, that the Consent Decree is hereby entered as an Order of the Court.

_____ 1-9-07
CHRISTOPHER C. CONNER
United States District Judge